Frederick O. Silver
7737 Skolout St, Apt 126
San Antonio TX 78227
Tel: 210-803-2299
Email: ASCLV1@gmail.com

| ✓ FILED | _____ RECEIVED |
| _____ ENTERED | _____ SERVED ON |
| | COUNSEL/PARTIES OF RECORD |

SEP 17 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: SC "NO COPY" _____ DEPUTY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA.

***

Frederick O. Silver.
        Plaintiff,

vs.

The State of Nevada
        Defendant

CASE No:   **3:21-cv-420**

COMPLAINT FOR DECLARATORY,
INJUNCTIVE, OR OTHER RELIEF.

**JURY TRIAL DEMAND.**

## COMPLAINT.

Frederick O. Silver, brings this civil action for declaratory and injunctive relief, and alleges as follows:

## INTRODUCTION.

Plaintiffs bring this suit to challenge the constitutionality of NRS 126.151.3, which violate the constitutionally guaranteed rights, violation of oath of office judge take before entering office. Nevada enacted NRS 126.151.3 (The trial must be by the court without a jury.) in open defiance of the Constitution. The statute violates the constitutionally guaranteed rights of the People or the Citizens of the United States and State of Nevada.

Frederick O. Silver, as One of the people of the United States, has the authority and responsibility to ensure that Nevada cannot evade its obligations under the Constitution and deprive individuals of their constitutional rights by adopting a statutory scheme designed specifically to evade traditional mechanisms of Federal judicial review. Frederick O. Silver, as One of the people of the United States, therefore, brings this suit directly against the State of Nevada to obtain a declaration that NRS 126.151.3 is invalid, to enjoin its enforcement, and to protect the rights that State of Nevada has violated.

Frederick O. Silver, as One of the people of the United States, therefore, seeks a declaratory judgment that NRS 126.151.3, is invalid under the Supremacy Clause and the Amendments IV, V,

VI, VII, XIV, is preempted by federal law. Frederick O. Silver, as One of the people of the United States also seeks an order preliminarily and permanently enjoining the State of Nevada, including its officers, employees, and agents, including an interested third party who would bring suit under NRS 126.011 et seq., from implementing or enforcing NRS 126.151.3.

## PARTIES.

Plaintiff is Frederick O. Silver, who is One of the People of the United States, a Domicile of The Great State of Texas, In Bexar County, Texas.

Defendant, the State of Nevada, is a State of the United States. The State of Nevada includes all its officers, employees, and agents, including interested third party who would bring suit under NRS 126.151.3, NRS 126.011 et seq.

## JURISDICTION AND VENUE.

This case raises questions under the Constitution of the United States and 42 U.S.C. § 1983 and this Court has jurisdiction over all claims for relief pursuant to 28 U.S.C. § 1331 and 1345.

This Court has authority to provide the relief requested under the Supremacy Clause, U.S. Const. art. VI, cl. 2, Amend. IV, V, VI, VII, XIV, the U.S. Constitution, 28 U.S.C. §§ 1651, 2201, and 2202, and its inherent equitable authority.

Venue is proper in this Judicial District under 28 U.S.C. § 1391(b) because Defendant resides within this judicial district and because a substantial part of the acts or omissions giving rise to this action arose from events occurring within this Judicial District.

## FEDERAL LAW.

The Constitutional Guaranteed Rights of the People or the Citizens of the United States and State of Nevada. The Supreme Court has held that the Constitution protects or guarantee certain rights of the American People or U.S citizens. NRS 126.151.3, Nevada State laws that prohibit The Constitutional Guarantee Rights of the People or the Citizens of the United States and State of Nevada violate the Constitutional Guaranteed Rights of the People or the Citizens of the United States and State of Nevada.

Here, State of Nevada seeks to strip individuals of their ability to challenge State action that indisputably violates their Federal Constitutional Rights, Frederick O. Silver, as One of the people of the United States, has a profound sovereign interest in ensuring that those constitutional rights remain redeemable in Federal Court. Frederick O. Silver, as One of the people of the United States, may sue to challenge such Constitutional violations that "affect the public at large.

## The Supremacy Clause and Preemption

The Supremacy Clause of the U.S. Constitution mandates that "[t]his Constitution, and the Laws of the United States which shall be made in Pursuance thereof . . . shall be the supreme Law of the Land . . . any Thing in the Constitution or Laws of any State to the Contrary notwithstanding." U.S. Const., art. VI, cl. 2.

## NRS 126.151.3 (THE TRIAL MUST BE BY THE COURT WITHOUT A JURY.)

This NRS 126.151.3, without the need of going into details violates The Constitutional Guaranteed Rights of the People or the Citizens of the United States and State of Nevada.

NRS 126.151.3 has caused irreparably injures to The Constitutional Guaranteed Rights of the People or the Citizens of the United States and State of Nevada by Depriving The people or citizen in Nevada of their Constitutional Rights While Seeking to Prevent Them from Vindicating Those Rights in Federal Court.

NRS 126.151.3 Unconstitutionally Restricts the Rights of the People and Conflicts with Federal Law

## CLAIMS FOR RELIEF

## SUPREMACY CLAUSE— AMEND. IV, V, VI, VII, XIV, VIOLATION OF 42 U.S.C. § 1983 (EQUAL PROTECTION)

NRS 126.151.3, violates the Equal Protection Clause of the Amend. IV, V, VI, VII, XIV to the Constitution, both on its face and as applied to Plaintiff and the other people or citizens of the United States and State of Nevada.

The Supremacy Clause provides that "[t]his Constitution, and the Laws of the United States which shall be made in Pursuance thereof . . . shall be the supreme Law of the Land . . . any Thing in the Constitution or Laws of any State to the Contrary notwithstanding." U.S. Const., art. VI, cl. 2.

Nevada has deliberately impeded the ability of the people of the United States to raise a challenge in Federal Court for a violation of their constitutionally protected rights.

## PRAYER FOR RELIEF

Wherefore, Plaintiffs pray for judgment as follows:

A declaratory judgment stating that NRS 126.151.3 is invalid, null, and void;

Plaintiff respectfully request that this Court, pursuant to 28 U.S.C. § 2201, construe NRS 126.151.3, and enter a declaratory judgment stating that it violates the Equal Protection Clause of the Fourteenth Amendment.

Any and all other relief necessary to fully effectuate the injunction against, NRS 126.151.3, enforcement;

Plaintiff respectfully request costs of suit, including reasonable fees under 42 U.S.C. § 1988 and any other applicable law, and all further relief to which Plaintiffs may be justly entitled. That this Court award any other relief that it deems just and proper.

## DEMAND FOR JURY TRIAL.

Plaintiff hereby request a Trial by Jury on all issues raise in this Amended Complaint and Claims pursuant to Rule 38 of the Federal Rules of Civil Procedure and Section 102 of the Civil Rights Act of 1991, 42 U.S.C § 1981a.

Plaintiffs' investigation of the matters alleged herein is ongoing. Pursuant to such investigation and as allowed by the Court, Plaintiffs expressly reserve the right to Amend or supplement the claims herein in accordance with Fed.R.Civ.P. 15.

**Dated: this 14th Day of September 2021.**

By: ...................................
FREDERICK O. SILVER
7737 SKOLOUT ST, APT 126
SAN ANTONIO TX 78227
Tel: 210-803-2299
Email: ASCLV1@gmail.com